# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) |
| Plaintiff, | ) Case No.: |
| v. | ) |
| DEENA L. MOSLEY, | ) |
| Serve: 18 Sunridge Lane<br>Florissant, MO 63031 | ) |
| LA'NYA LASHAY MOSLEY, | ) |
| Serve: 18 Sunridge Lane<br>Florissant, MO 63031 | ) |
| SCOTT CLEVE TREDWAY, | ) |
| Serve: 235 Glasgow Dr.<br>St. Charles, MO 63301 | ) |
| SANDRA SUE TREDWAY, | ) |
| Serve: 235 Glasgow Dr.<br>St. Charles, MO 63301 | ) |
| B.T., a minor, | ) |
| Serve: xxxxxxxxxxxxxxxxxx<br>xxxxxxxxxxxxxxxxxx | ) |
| and | ) |
| THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) |
| Serve: U.S. Attorney<br>Eastern District of Missouri<br>Thomas F. Eagleton Courthouse<br>111 S. 10th Street, 20th Floor<br>St. Louis, MO 63102 | ) |

| | | |
|---|---|---|
| THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) ) ) | |
| Serve also: U.S. Attorney U.S. Dept. of Justice 950 Pennsylvania Ave., NW Washington, DC 20530-0001 | ) ) ) ) ) | |
| THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) ) ) | |
| Serve also: U.S. Dept. Health & Human Services 200 Independence Ave., SW Washington, DC 20201 | ) ) ) ) ) | |
| Defendants. | ) | |

## PETITION FOR INTERPLEADER

COMES NOW Plaintiff Progressive Casualty Insurance Company, by and through its attorneys, and for its Petition for Interpleader hereby states as follows:

1. Progressive Casualty Insurance Company insured Ernest J. Rayno under insurance policy number 976989752, with liability policy limits of $25,000 each person/$50,000 each accident.

2. On July 12, 2024, at approximately 6:10 p.m., Ernest J. Rayno was driving eastbound on Interstate 70 in St. Louis County, Missouri, when the front of his motor vehicle struck a vehicle being operated by Defendant Scott Tredway and then the vehicle being operated by Deena Mosley.

3. Defendant La'Nya Mosley was a passenger in Defendant Deena Mosley's vehicle. Defendants Sandra Tredway and B.T. were passengers in Defendant Scott Tredway's vehicle.

4.        On September 9, 2024, Scott Tredway made a demand for bodily injury under the insurance policy issued by Progressive Casualty Insurance Company.

5.        Defendant Sandra Tredway is Medicare eligible.

6.        Plaintiff reasonably believes the combined value of the injury claim for the Defendants and any lien that may be asserted by Medicare will exceed the policy limits available for the liability of Ernest Rayno.

7.        Plaintiff will continue to defend Ernest Rayno in any litigation that may arise out of this accident pursuant to the terms of his insurance policy with Progressive Casualty Insurance Company.

WHEREFORE, Plaintiff Progressive Casualty Insurance Company prays for an Order and Judgment allowing it to interplead its policy limits into the Registry of the Court and for the Court to make such further Orders as the Court deems necessary and proper.

**/s/ James A. Wilke**
James A. Wilke #51242
WILKE & WILKE, P.C.
Attorneys for Defendants
2708 Olive Street
St. Louis, Missouri 63103
314-371-0800
Fax: 314-371-0900
jwilke@wilkewilke.net

JAW:ksw