UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:25 CV 27 RWS |
| DEENA L. MOSLEY, et al., | ) ) | |
| Defendants. | ) | |

# **MEMORANDUM AND ORDER**

Plaintiff Progressive Casualty Insurance Company filed this action against Defendants in state court on November 12, 2024. On January 8, 2025, Defendant Centers for Medicare and Medicaid Services (CMS) removed the case to federal court. Plaintiff now moves for dismissal as it has reached settlements with the individual Defendants and consents to Defendant CMS's motion to dismiss for lack of jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant The Centers for Medicare and Medicaid Services' motion to dismiss [4] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Progressive Casualty Insurance Company's motion to dismiss [9] is **GRANTED** and the case is **DISMISSED** without prejudice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February 2024.